**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Trinidad Hurtado Perez, | ) | |
| | ) | |
| Plaintiff, | ) | No. 25 CV 13731 |
| v. | ) | Judge John J. Tharp, Jr. |
| | ) | |
| Samuel Olson, Kristi Noem, U.S. Department of Homeland Security, Pamela Bondi, Executive Office For Immigration Review, Warden Doe. | ) ) ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

This action having been decided by Judge John J. Tharp, Jr., case is dismissed on petitioner having been given a bond hearing, it is hereby ORDERED:

Judgment is hereby entered in favor of plaintiff Trinidad Hurtado Perez and against defendants, Samuel Olson, Kristi Noem, U.S. Department of Homeland Security, Pamela Bondi, Executive Office For Immigration Review and Warden Doe. Defendants shall not recover costs from plaintiff.

Dated: November 25, 2025

/s/ John J. Tharp, Jr.
John J. Tharp, Jr.
United States District Judge