**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Trinidad Hurtado Perez, | ) | |
| | ) | |
| Petitioner, | ) | No. 25 CV 13731 |
| | ) | Judge John J. Tharp, Jr. |
| v. | ) | |
| | ) | |
| Samuel Olson, Kristi Noem, U.S. Department of Homeland Security, Pamela Bondi, Executive Office For Immigration Review, Warden Doe. | ) ) ) ) ) ) | |
| Respondents. | ) | |

## CORRECTED JUDGMENT ORDER

This action having been decided by Judge John J. Tharp, Jr., on a motion for writ of habeas corpus, it is hereby ORDERED:

Judgment is hereby entered in favor of petitioner Trinidad Hurtado Perez and against respondents, Samuel Olson, Kristi Noem, U.S. Department of Homeland Security, Pamela Bondi, Executive Office For Immigration Review and Warden Doe. Petitioner shall not recover costs from respondents.

Dated: December 2, 2025

/s/ John J. Tharp, Jr.
John J. Tharp, Jr.
United States District Judge